1
2
3
4

Presented to the Court by the foreman of the
Grand Jury in open Court, in the presence
of the Grand Jury and FILED in the U.S.
DISTRICT COURT at Seattle, Washington
**July 29, 2020**

WILLIAM M. McCOOL, Clerk

By _____ Deputy

5

6

7   UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

8   AT SEATTLE

9

10   UNITED STATES OF AMERICA,          CASE NO.   **CR20-094 RSM**

11          Plaintiff,                  **INDICTMENT**

12          v.

13   (1) GUSTAVO SANDOVAL-AGURCIA,
(2) ELIAS NEFTALI MONTES-SEVILLA,
14   (3) JORGE URIEL ESQUIVEL-MENA,
(4) FRANCISCO JAVIER ESQUIVEL-MENA,
15   (5) BALDEMAR MARTINEZ-RICO, and
(6) WILMER GALINDO-MARADIAGA,
16

17          Defendants.

18

19   The Grand Jury charges that:

20                    **COUNT 1**

21        **(Conspiracy to Distribute Controlled Substances)**

22        Beginning at a time unknown, but within the past five years, and continuing until

23   on or about July 29, 2020, in King County, within the Western District of Washington,

24   and elsewhere, GUSTAVO SANDOVAL-AGURCIA, ELIAS NEFTALI MONTES-

25   SEVILLA, JORGE URIEL ESQUIVEL-MENA, FRANCSICO JAVIER ESQUIVEL-

26   MENA, BALDEMAR MARTINEZ-RICO, WILMER GALINDO-MARADIAGA and

27   others known and unknown, did knowingly and intentionally conspire to distribute

28   controlled substances, to wit: methamphetamine, cocaine, and N-phenyl-N-[1-(2-

INDICTMENT - 1
*United States v. Sandoval-Agurcia, et al.*

1  phenylethyl)-4-piperidinyl] propanamide (Fentanyl), contrary to the provisions of Title
2  21, United States Code.

3      The Grand Jury further alleges that the conduct of GUSTAVO SANDOVAL-
4  AGURCIA, ELIAS NEFTALI MONTES-SEVILLA, JORGE URIEL ESQUIVEL-
5  MENA, FRANCSICO JAVIER ESQUIVEL-MENA, BALDEMAR MARTINEZ-RICO,
6  and WILMER GALINDO-MARADIAGA as members of the conspiracy charged in
7  Count 1 which includes the reasonably foreseeable conduct of the other members of the
8  conspiracy charged in Count 1, involved 50 grams or more of methamphetamine, its salts,
9  isomers, and salts of its isomers or 500 grams or more of a mixture or substance
10  containing a detectable amount of methamphetamine, its salts, isomers, or salts of its
11  isomers.

12      The Grand Jury further alleges that the conduct of GUSTAVO SANDOVAL-
13  AGURCIA, ELIAS NEFTALI MONTES-SEVILLA, JORGE URIEL ESQUIVEL-
14  MENA, FRANCSICO JAVIER ESQUIVEL-MENA, BALDEMAR MARTINEZ-RICO,
15  and WILMER GALINDO-MARADIAGA as members of the conspiracy charged in
16  Count 1 which includes the reasonably foreseeable conduct of the other members of the
17  conspiracy charged in Count 1, involved 500 grams or more of a mixture or substance
18  containing a detectable amount cocaine, its salts, optical and geometric isomers, and salts
19  of isomers.

20      All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)
21  and (B), and 846.

22                              **COUNT 2**

23  **(Possession of Methamphetamine, Cocaine, and Heroin with Intent to Distribute)**

24      On or about February 25, 2020, in the County of Lewis, within the Western
25  District of Washington, GUSTAVO SANDOVAL-AGURCIA did knowingly and
26  intentionally possess, with the intent to distribute, and aid and abet the possession of with
27  the intent to distribute, controlled substances, to wit: methamphetamine, cocaine, and
28  heroin, substances controlled under Title 21, United States Code.

INDICTMENT - 2
*United States v. Sandoval-Agurcia, et al.*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    The Grand Jury further alleges that this offense involved 50 grams or more of
2  methamphetamine, its salts, isomers, and salts of its isomers.

3    The Grand Jury further alleges that this offense involved 500 grams or more of a
4  mixture or substance containing a detectable amount cocaine, its salts, optical and
5  geometric isomers, and salts of isomers.

6    The Grand Jury further alleges that this offense was committed during and in
7  furtherance of the conspiracy charged in Count 1, above.

8    All in violation of Title 21, United States Code, Sections 841(a)(1) and
9  841(b)(1)(A) and (B); and Title 18, United States Code, Section 2.

10                    **ASSET FORFEITURE ALLEGATIONS**

11    The allegations in Counts 1 through 2 of this Indictment are hereby realleged and
12  incorporated by reference herein for the purpose of alleging forfeiture to the United
13  States pursuant to Title 21, United States Code, Section 853.

14    Pursuant to Title 21, United States Code, Section 853, upon conviction of the
15  felony drug offenses charged in Counts 1 through 2, the defendants shall forfeit to the
16  United States of America any and all property, real or personal, constituting or derived
17  from, any proceeds the defendants obtained, directly or indirectly, as the result of such
18  offenses, and shall further forfeit any and all property, real or personal, used, or intended
19  to be used, in any manner or part, to commit, or to facilitate the commission of, such
20  offenses. The property to be forfeited includes, but is not limited to, the following:

21    a. Sums of money representing the proceeds that each defendant individually
22        obtained as a result of their commission of the above offenses.

23  ***Substitute Assets***

24    If any of the property described above, as a result of any act or omission of the
25  defendant:

26    a. cannot be located upon the exercise of due diligence;

27    b. has been transferred or sold to, or deposited with, a third party;

28    c. has been placed beyond the jurisdiction of the Court;

INDICTMENT - 3
*United States v. Sandoval-Agurcia, et al.*

d.  has been diminished in value; or

e.  has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek the forfeiture of any other property of the defendants up to the value of the above-described forfeitable property.

A TRUE BILL:

DATED: _July 29, 2020_

*(Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States)*

_____
FOREPERSON

_____
BRIAN T. MORAN
United States Attorney

_____
VINCENT T. LOMBARDI
Assistant United States Attorney

_____
STEPHEN HOBBS
Assistant United States Attorney

INDICTMENT - 4
*United States v. Sandoval-Agurcia, et al.*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970