# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

FRANCISCO JAVIER ESQUIVEL-MENA,

Defendant.

NO. CR20-094-4 RSM

ORDER ISSUING BENCH WARRANT

An Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that a Bench Warrant shall be issued and conditions of release shall be fixed at time of initial appearance in this case.

DATED this 29th day of July, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

**SECRET: YES __X__ NO _____**

ORDER ISSUING BENCH WARRANT – 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970