# Andy Quach

| | |
|---|---|
| **From:** | info@ord.uscourts.gov |
| **Sent:** | Wednesday, August 5, 2020 7:38 PM |
| **To:** | nobody@ord.uscourts.gov |
| **Subject:** | Activity in Case 3:20-mj-00197 USA v. Esquivel-Mena Notice to Receiving District of Criminal Case Transfer |
| | |
| **Categories:** | Seattle |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**District of Oregon**

## Notice of Electronic Filing

The following transaction was entered on 8/5/2020 at 7:37 PM PDT and filed on 8/5/2020

| | |
|---|---|
| **Case Name:** | USA v. Esquivel-Mena |
| **Case Number:** | 3:20-mj-00197 |
| **Filer:** | |
| **Document Number:** | 8 |

**Docket Text:**

**Notice to Western District of Washington of a Rule 5 Initial Appearance as to Francisco Javier Esquivel-Mena. Your case number is: CR20-094-4 RSM. Docket sheet and documents attached. (If you require certified copies of any documents, please send a request to CrimPDX@ord.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (sb)**

**3:20-mj-00197-1 Notice has been electronically mailed to:**

Peter D. Sax     peter.sax@usdoj.gov, CaseView.ECF@usdoj.gov, jessica.inman@usdoj.gov

Robert Hamilton     robert_hamilton@fd.org, neysa_bogar@fd.org, orx_docketing@fd.org

**3:20-mj-00197-1 Notice will <u>not</u> be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**Not Available
**Electronic document Stamp:**
[STAMP ordStamp_ID=875559790 [Date=8/5/2020] [FileNumber=7087448-0] [3
26392425cbc721a6a92421097d7966185c06a6dc7a6668dda0db4fa31ed226676d7dc8
fd409b7059f2beb5f1ccd408f3331d4594dfe6b9dc69ddc5841addd5a]]