Query    Reports    Utilities    Help    What's New    Log Out

CUSTODY, NRESTRAINT, TERMINATED,

# U.S. District Court
# District of Oregon (Portland (3))
# CRIMINAL DOCKET FOR CASE #: 3:20-mj-00197 All Defendants

| | |
|---|---|
| Case title: USA v. Esquivel-Mena | Date Filed: 08/05/2020 |
| Other court case number: CR20-094-4 RSM Western District of Washington | Date Terminated: 08/05/2020 |

Assigned to: Unassigned

### Defendant (1)

**Francisco Javier Esquivel-Mena**  represented by  **Robert Hamilton**
*TERMINATED: 08/05/2020*    Federal Public Defender
101 SW Main St.
Ste. 1700
Portland, OR 97204
503-326-2123
Email: robert_hamilton@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**    **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**    **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**    **Disposition**
Conspiracy to Distribute Methamphetamine, 21:841 (b)(1)(A);

Conspiracy to Distribute Cocaine, 21:841(b)(1)(A); Conspiracy to Distribute Heroin, 21:841(b)(1)(C)

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Peter D. Sax**<br>US Attorney's Office<br>1000 SW 3rd Ave<br>Suite 600<br>Portland, OR 97204<br>503-727-1043<br>Fax: 503-727-1117<br>Email: peter.sax@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

[Email All Attorneys]

| Date Filed | # | Docket Text |
|---|---|---|
| 08/05/2020 | 1 | Documents Received From Other Court as to Francisco Javier Esquivel-Mena from Western District of Washington Case No: CR20-094-4 RSM. (sb) (Entered: 08/05/2020) |
| 08/05/2020 | 2 | **(DOCUMENT FILED UNDER SEAL)** Arrest Warrant from Western District of Washington as to Francisco Javier Esquivel-Mena. (sb) (Entered: 08/05/2020) |
| 08/05/2020 | 3 | **\*\*ENTERED IN ERROR - SEE CORRECTION OF THE RECORD (#5)\*\*** ~~Order Setting Conditions of Release as to Defendant Francisco Javier Esquivel-Mena *(Defendant to remain in a custody location until the Notice of Compliance with Pre-Release Conditions and Order of Release is filed)*. Signed on 8/5/2020 by Magistrate Judge John V. Acosta. (chso).~~ Modified docket text to indicate filing does not apply to this case on 8/5/2020 (eo). (Entered: 08/05/2020) |
| 08/05/2020 | 4 | **Minutes of Proceedings**: Initial Appearance held on 8/05/2020 pursuant to Rule 5 Proceedings before Magistrate Judge Youlee Yim You as to Francisco Javier Esquivel-Mena (USM #82059-065). Defendant appeared from USM Lockup, waives an in-person appearance, and consents to appear via video for this hearing. Order Appointing AFPD Robert Hamilton for all Oregon proceedings. Defendant waived identity hearing; signed Waiver filed. Defendant advised of rights and waived reading of the charges. Defendant reserves his right to a detention hearing in the W. District of Washington and seeks court appointed counsel. Defendant committed to the Western District of Washington for further proceeding; Commitment Order to follow). Other Court Information CR20-094-RSM. Counsel Present for Plaintiff: Peter Sax. Counsel Present for Defendant: Robert Hamilton. Restraint Order: NR. (Court Reporter Ryan White) (Interpreter for Defendant Present: Andre Knaebel) (Spanish) (Oath on file with the court.) (pvh) (Entered: 08/05/2020) |

| | | |
|---|---|---|
| 08/05/2020 | 5 | Order for Administrative Correction of the Record pursuant to Fed. R. Crim. P 36 as to Francisco Javier Esquivel-Mena regarding # 3 Order Setting Conditions of Release. A Clerical error has been discovered in the case record: The document was filed in the incorrect case. The following corrections were made to the record: The document is sealed as it does not apply to the defendant in this case. (eo) (Entered: 08/05/2020) |
| 08/05/2020 | 6 | Commitment to Another District as to Francisco Javier Esquivel-Mena. Defendant committed to the Western District of Washington (Seattle). Original and two certified copies forwarded to U.S. Marshal on 8/5/2020. (sb) (Entered: 08/05/2020) |
| 08/05/2020 | 7 | Waiver of Rule 5 & 5.1 Hearings by Francisco Javier Esquivel-Mena (sb) (Entered: 08/05/2020) |
| 08/05/2020 | 8 | Notice to Western District of Washington of a Rule 5 Initial Appearance as to Francisco Javier Esquivel-Mena. Your case number is: CR20-094-4 RSM. Docket sheet and documents attached. (If you require certified copies of any documents, please send a request to CrimPDX@ord.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (sb) (Entered: 08/05/2020) |