1   JUDGE RICARDO S. MARTINEZ

2

3

4

5   UNITED STATES DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
6   AT SEATTLE

7

8   UNITED STATES OF AMERICA,           )  No. 2:20-CR-00094-4-RSM
                                         )
9            Plaintiff,                  )
                                         )  ORDER RE:
10      v.                               )  MOTION FOR LEAVE TO APPEAR
                                         )  PRO HAC VICE
11  FRANCISCO JAVIER ESQUIVEL-MENA,      )
                                         )
12           Defendant.                  )
                                         )
13  _____)

14      The Court, on motion of counsel Lynn C. Hartfield for leave to appear pro hac

15  vice, being fully advised,

16
    HEREBY ORDERS that Lynn C. Hartfield, the Law Office of Lynn C.
17
    Hartfield, LLC, is granted permission to appear *pro hac vice* in the above-captioned
18
    action. Counsel shall appear at all scheduled proceedings by video unless ordered to
19

20  appear in person.

21
    IT IS FURTHER ORDERED that due to counsel's extensive experience
22
    representing criminal defendants in the United States District Court for the Western
23

24  District of Washington, the requirement of associated local counsel is waived.

25

26

ORDER RE: MOTION TO APPEAR PRO HAC          **LAW OFFICE OF LYNN C. HARTFIELD, LLC**
VICE                                             **387 CORONA ST., SUITE 617**
*U.S. v. Francisco Esquivel-Mena*, No. 20-CR-94-    **Denver, Colorado 80218**
4-RSM – Page 1                                        **(720) 588-0571**

1    DATED this 18ᵗʰ day of November, 2020

2

3

RICARDO S. MARTINEZ
4    CHIEF UNITED STATES DISTRICT
JUDGE
5

6

7

8

9

10   Presented by:

11
 s/ Lynn C. Hartfield_____
12   LYNN C. HARTFIELD
Attorney for Defendant Francisco Esquivel-Mena
13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER RE: MOTION TO APPEAR PRO HAC
VICE
*U.S. v. Francisco Esquivel-Mena*, No. 20-CR-94-
4-RSM – Page 2

**LAW OFFICE OF LYNN C. HARTFIELD, LLC**
387 CORONA ST., SUITE 617
Denver, Colorado 80218
(720) 588-0571