UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO JAVIER ESQUIVEL-MENA,<br><br>Defendant. | CASE NO. CR20-94RSM<br><br>ORDER AUTHORIZING PLEA HEARING BY VIDEO |

THE COURT has considered the Stipulated Motion to Proceed With Guilty Plea by Video, along with the pleadings and files in this case and the General Orders currently in effect due to COVID-19. THE COURT FINDS that a plea hearing by video may take proceed on May 26, 2021, because further delays in the case would cause "serious harm to the interests of justice" for the reasons set forth in the stipulated motion. See General Order 04-20. THE COURT THEREFORE ORDERS that the plea hearing in the above-captioned case shall proceed before a

///

Magistrate Judge on May 26, 2021, and that all parties and the defendant are permitted to appear by video

ORDERED this 25th day of May, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER AUTHORIZING PLEA HEARING BY VIDEO - 2