JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:20-CR-00094-4-RSM |
| Plaintiff, | ) |
| v. | ) ORDER RE: |
|  | ) MOTION TO TRANSPORT |
|  | ) DEFENDANT TO COURTHOUSE |
| FRANCISCO JAVIER ESQUIVEL-MENA, | ) FOR PRESENTENCE INTERVIEW |
| Defendant. | ) |

The Court, on motion of the Defendant, Francisco Esquivel-Mena,

HEREBY GRANTS the motion to transport Mr. Esquivel-Mena to the federal courthouse in Seattle, Washington, 700 Stewart Street, Seattle, Washington, for the purpose of completing his presentence interview, and orders the United States Marshals office to arrange for transport on the designated date.

IT IS FURTHER ORDERED that defense counsel and the Probation Office shall

///

///

ORDER RE: MOTION TO TRANSPORT
DEFENDANT TO COURTHOUSE FOR
PRESENTENCE INTERVIEW
*U.S. v. Francisco Esquivel-Mena*, No. 20-CR-94-4-
RSM – Page 1

LAW OFFICE OF LYNN C. HARTFIELD, LLC
387 Corona St., Suite 617
Denver, Colorado 80218
(720) 588-0571

contact the Court's clerk to arrange a mutually agreeable date and time to conduct the interview.

DATED this 23rd day of July, 2021

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

 s/ Lynn C. Hartfield_____
LYNN C. HARTFIELD
Attorney for Defendant Francisco Esquivel-Mena

ORDER RE: MOTION TO TRANSPORT DEFENDANT TO COURTHOUSE FOR PRESENTENCE INTERVIEW
U.S. v. Francisco Esquivel-Mena, No. 20-CR-94-4-RSM – Page 2

LAW OFFICE OF LYNN C. HARTFIELD, LLC
387 Corona St., Suite 617
Denver, Colorado 80218
(720) 588-0571